FILED

04/29/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0080

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0080

_____

IN RE PARENTING OF K.J.K.:

DOREEN AND JAMES KING,

      Petitioners and Appellants,

                                        O R D E R

      v.

KENLEY AND BRIAN CHILCOTT,

      Respondents and Appellees.

_____

M. R. App. P. 10(7) requires redaction of confidential personal information from documents filed with the Clerk of the Supreme Court, including the full birth date of any person. The Court has determined that there is a reference to the full birth date of K.J.K. on page 1 of the Appellee's response brief.

Additionally, M. R App. P. 11(6)(b)(iv) requires that parties filing documents with the Clerk of the Supreme Court shall use the correct designations of the parties as set forth in M. R. App. P. 2. Because we reject the Appellee's response brief for the violation of Rule 10(7) described above, we also require the Appellee to correct the party designations on the front page of Appellee's brief.

IT IS ORDERED that the referenced brief is rejected for revisions necessary to comply with the referenced Rules.

IT IS FURTHER ORDERED that within ten (10) days of the date of this Order the Appellee shall electronically file with the Clerk of this Court a revised brief containing the revisions necessary to comply with the referenced Rules and that the Appellee shall serve copies of the revised brief on all parties of record.

IT IS FURTHER ORDERED that no changes, additions, or deletions other than those referenced in this Order may be made to the brief as originally filed; and

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M.R. App. P. 13 shall run from the date of filing of the revised brief.

The Clerk is directed to provide a true copy of this Order to counsel for Appellee and to all parties of record.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 29 2020